# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:  MICHAEL DEAN LOWERY  JENNIFER LEIGH STOKES-LOWERY | Chapter 13  Case No.: 06-70568-FJS |
| Debtors | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| OMNI LOAN COMPANY LTD  PO BOX 9731  LAS VEGAS, NV 89191 | $178.19 |

| | |
|---|---|
| Date: April 13, 2010 | /s/ George W. Neal |
| | George W. Neal  Chapter 13 Standing Trustee  870 Greenbrier Circle, Suite 402  Chesapeake, VA  23320  (757) 961-3000 |